UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AKIRO LLC,

        Plaintiff,

        -against-

HOUSE OF CHEATHAM, INC., and
ROBERT H. BELL,

        Defendants.
------------------------------------------------------X

12-CV-5775 (JSR)

**RULE 7.1
DISCLOSURE STATEMENT**

Defendant HOUSE OF CHEATHAM, INC. ("Defendant"), by and through its counsel, GORDON & REES LLP, submits the following disclosure statement pursuant to Fed. R. Civ. P. 7.1(a):

1. Defendant has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of Defendant.

Dated: New York, New York
        August 20, 2012

        Respectfully submitted,

        GORDON & REES LLP

        BY:   /s Mercedes Colwin
        Mercedes Colwin (MC 3862)
        Michael J. Vollbrecht (MV 1118)
        Attorneys for defendants
        HOUSE OF CHEATHAM, INC.
        and ROBERT H. BELL
        90 Broad Street, 23rd Floor
        New York, New York 10004
        (212) 269-5500 (Phone)
        (212) 269-5505 (Fax)