UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AKIRO LLC,  :
 :  12-CV-5775 (JSR)
       Plaintiff,  :
 :
       -against-  :  **DEFENDANTS' NOTICE OF MOTION**
 :  **FOR SUMMARY JUDGMENT**
HOUSE OF CHEATHAM, INC., and  :
ROBERT H. BELL,  :
 :
       Defendants.  :
------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Mercedes Colwin, Esq., and the exhibits annexed thereto, the annexed Declaration of Nathan Belzer, Esq., the annexed Declaration of Dwan White, the accompanying Memorandum of Law in Support of Motion for Summary Judgment, and upon all prior pleadings and proceedings herein, the undersigned will hereby move this Court, before the Honorable Jed S. Rakoff, U.S.D.J., at the Courthouse located at 500 Pearl Street, New York, New York, on April 8, 2013, at 4:00 p.m., for an Order pursuant to Fed.R.Civ.P. Rule 56(a) granting them summary judgment dismissing the Complaint in its entirety, with prejudice, on the grounds that plaintiff's claims lack any evidentiary support and therefore plaintiff cannot establish trademark infringement, false designation of origin, unfair competition, or dilution.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated February 6, 2013 and amended February 20, 2013, opposition papers are to be served on or before March 12, 2013, and any reply papers are to be served on or before April 1, 2013.

Dated:   New York, New York
         February 26, 2013

                                        Respectfully submitted,

                                        GORDON & REES LLP


                                        BY:___/s Mercedes Colwin_____
                                        Mercedes Colwin (MC 3862)
                                        Michael J. Vollbrecht (MV 1118)
                                        Ryan Sestak (RS 0208)
                                        Attorneys for defendants HOUSE OF
                                        CHEATHAM, INC. and ROBERT H. BELL
                                        90 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 269-5500 (Phone)
                                        (212) 269-5505 (Fax)

TO:   D. Reeves Carter, Esq.
      Carter Pek, P.C.
      Attorneys for Plaintiff
      AKIRO LLC
      110 Wall Street, 11th Floor
      New York, New York 10005