UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

AKIRO LLC,

                           Plaintiff,                          **PLAINTIFF'S
                                                               PROPOSED
                                                               VERDICT SHEET**

        vs.                                                    12 Civ. 5775 (JSR)

HOUSE OF CHEATHAM, INC.,

                           Defendant.

------------------------------------------------------------------------- x

        Plaintiff, Akiro LLC, in accordance with the rules of this Court and the Local Rules of the

United States District Court for the Southern District of New York, sets forth the following as its

proposed Verdict Sheet.


### AS TO ALL CLAIMS OF FEDERAL
### TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

**1.**    Did Plaintiff prove that Defendant selected used Defendant's trademark AUNT
          JACKIE'S in a manner likely to cause confusion about the source of Defendant's hair
          care products?


                    **YES** _____              **NO** _____


### AS TO ALL CLAIMS OF COMMON LAW UNFAIR COMPETITION

**2**.    Did Plaintiff prove, by a preponderance of the evidence, that Defendant acted with bad
          faith when it infringed on Plaintiff's trademark?



                    **YES** _____              **NO** _____

**DAMAGES**

3.      What amount of compensatory damages do you award to the Plaintiff**?**

        $ _____

4.      Did Plaintiff prove that Defendant's conduct in infringing on Plaintiff's trademark constituted gross, wanton, or willful fraud or other morally culpable conduct to an extreme degree?

        **YES** ___                              **NO** _____

        In what amount? _____

**INJUNCTIVE RELIEF**

5.      Did Plaintiff prove that Defendant's conduct in infringing on Plaintiff's trademark establish grounds for Plaintiff to preclude and enjoin Defendant from forever using the trademark AUNT JACKIE'S in connection with hair care products?

        **YES** _____                          **NO** _____

**ATTORNEYS' FEES**

6.      Did Plaintiff prove that Defendant's conduct in infringing on Plaintiff's trademark entitle Plaintiff's to recover attorneys' fees?

        **YES** _____                          **NO** _____

        In what amount? _____